UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-00126-D

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| v. | ) | INDICTMENT |
| | ) | (Superseding) |
| ROBERT EDWARD WHITESIDE | ) | |

The Grand Jury charges that:

## COUNT ONE

From on or about May 4, 2014, and continuing through on or about June 9, 2014, in the Eastern District of North Carolina and elsewhere, ROBERT EDWARD WHITESIDE, defendant herein, knowingly persuaded, induced, enticed, and coerced an individual to travel in interstate and foreign commerce, to wit: from outside the United States to North Carolina, with the intent that the person engage in any sexual activity for which a person can be charged with a criminal offense, to wit, North Carolina General Statute, Section 14-27.5, second degree sexual abuse, in violation of Title 18, United States Code, Section 2422(a).

## COUNT TWO

On or about June 4, 2014, in the Eastern District of North Carolina and elsewhere, ROBERT EDWARD WHITESIDE, defendant herein, did unlawfully and willfully cause an intimate and dating partner to travel in interstate and foreign commerce by coercion, duress,

and fraud, and in the course of and as a result of such conduct and travel, did commit and attempt to commit crimes of violence, specifically, assault by strangulation and second degree sexual offense, against that intimate and dating partner, a person known to the grand jury, in violation of Title 18, United States Code, Section 2261(a)(2).

COUNT THREE

On or about June 7, 2014, in the Eastern District of North Carolina and elsewhere, ROBERT EDWARD WHITESIDE, defendant herein, did unlawfully and willfully seize, confine, inveigle, decoy, kidnap, abduct, and carry away and hold for ransom, reward, and otherwise, a person, and, in committing and in furtherance of the commission of the offense, did use a means, facility, and instrumentality of interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1201(a)(1).

COUNT FOUR

On or about July 18, 2014, in the Eastern District of North Carolina, the defendant, ROBERT EDWARD WHITESIDE, aiding and abetting another person, did knowingly and for the purpose of evading the reporting requirements of section 5313(a) of Title 31, United States Code, and the regulations promulgated thereunder, structure, attempt to structure and assist in structuring, by directing the

2

structuring of two deposits to an account with SunTrust Bank, a domestic financial institution, in violation of Title 31, United States Code, Sections 5324(a)(3) and 5324(d), Title 31, Code of Federal Regulations, Section 103.11, and Title 18, United States Code, Section 2.

A TRUE BILL

*Barbara D. Koch*
FOREPERSON

**REDACTED VERSION**
Pursuant to the E-Government Act and the federal rules, the unredacted version of this document has been filed under seal.

2-23-16
DATE

JOHN STUART BRUCE
Acting United States Attorney

*Barbara D. Kocher*
BY: BARBARA D. KOCHER
Assistant United States Attorney