UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-126-1D

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ROBERT EDWARD WHITESIDE | ) | |

Upon motion of the United States, and pursuant to Title 18, United States Code, Section 3664(d)(4), it is hereby ORDERED that the Government's Sentencing Exhibit 1 (D.E. 54), be sealed.

This the  2  day of June, 2016.

_____
JAMES C. DEVER III
Chief, United States District Judge