UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:15-CR-126-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| ROBERT EDWARD WHITESIDE | ) | |

Upon motion of the United States, and pursuant to Title 18, United States Code, Section 3664(d)(4), it is hereby ORDERED that the Government's Sentencing Exhibits 1A and 2 (D.E. 57), be sealed.

This the 8 day of June, 2016.

JAMES C. DEVER III
Chief, United States District Judge