IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:15CR00126-001D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | WITHDRAWAL OF |
| v. | ) | WRIT OF EXECUTION |
| | ) | |
| ROBERT EDWARD WHITESIDE, | ) | |
| | ) | |
| Defendant, | ) | |

On February 8, 2017, a Writ of Execution was issued in this case [DE #75], based on an Application for Writ of Execution filed by the United States of America on January 24, 2017 [DE #72]. The United States of America has now withdrawn its Application for Writ of Execution and requested that the Writ be withdrawn. The Writ of Execution filed in this matter is hereby withdrawn and is of no further legal consequence.

This 3rd day of October, 2017.

_____
PETER A. MOORE, JR.
Clerk, U. S. District Court