IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No.: 5:15-CR-126-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBERT EDWARD WHITESIDE, ) | |
| ) | |
| Defendant. ) | |

This matter comes before the Court on the Government's Motion to Seal Exhibit 1 – Defendant's Medical Records [D.E. 98] attached to Government's Response in Opposition to Defendant's Motion for Compassionate Release [D.E. 97]

For good cause having been shown, the Government's motion is GRANTED. The Clerk of Court is DIRECTED to seal Exhibit 1 – Defendant's Medical Records [D.E. 98].

SO ORDERED this 22 day of April, 2021.

JAMES C. DEVER, III
United States District Court Judge