UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
File No.: 5:15-CR-126-D-1

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER TO SEAL |
| ) | (DE 92) |
| ROBERT EDWARD WHITESIDE ) | |
| ) | |

Upon the motion of the defendant and for good cause shown, it is hereby ordered that DE 92 be sealed until further notice by this Court.

This 22 day of April, 2021.

JAMES C. DEVER III
United States District Judge