UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Robert Edward Whiteside**　　　　　　　　　　　　**Docket No. 5:15-CR-126-1D**

### Petition for Action on Supervised Release

COMES NOW Timothy L. Gupton, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Robert Edward Whiteside, who, upon an earlier plea of guilty to Interstate Domestic Violence and Structuring Monetary Transactions to Avoid Reporting Requirement, was sentenced by the Honorable James C. Dever III, U.S. District Judge, on June 10, 2016, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Robert Edward Whiteside was released from custody on January 19, 2022, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

Whiteside was ordered to pay the financial balance owed at the time of his release in installments of $200 per month to begin 60 days after his release from prison. Inasmuch as the defendant is currently part-time employed with limited assets, it is recommended that the installments be reduced to $25 per month, beginning on April 19, 2022.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall pay the financial balance in installments of $25 per month, beginning May 2, 2022.

Except as herein modified, the judgment shall remain in full force and effect.

　　　　　　　　　　　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　is true and correct.


　　　　　　　　　　　　　　　　　　　　　/s/ Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　　　Timothy L. Gupton
　　　　　　　　　　　　　　　　　　　　　Senior U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　310 New Bern Avenue, Room 610
　　　　　　　　　　　　　　　　　　　　　Raleigh, NC 27601-1441
　　　　　　　　　　　　　　　　　　　　　Phone: 919-861-8686
　　　　　　　　　　　　　　　　　　　　　Executed On: March 21, 2022

Robert Edward Whiteside
Docket No. 5:15-CR-126-1D
Petition for Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __28__ day of __March__, 2022, and ordered filed and made a part of the records in the above case.

_/s/ J. Dever_
James C. Dever III
U.S. District Judge